UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY E. OWEN and SUSAN MARIE OWEN, each individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KITSAP, et al.,<br><br>Defendants. | CASE NO. C07-5044BHS<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER ON DEFENDANT PROSECUTOR'S DISCOVERY |

This matter comes before the Court on Plaintiffs' Motion for a Protective Order on Defendant Prosecutor's Discovery (Dkt. 39). The Court having considered the Plaintiffs' motion, Defendants' response, Plaintiffs' reply, the parties' proposed orders, and the remainder of the file herein, hereby grants Plaintiffs' motion for a protective order as provided herein.

1. Plaintiffs shall be required to disclose the requested information, but only related to those models and photographers involved in missed or rescheduled appointments for which damages have been asserted.

2. The identities, names, date of birth, educational history, employment history, identity of family members, contact information and addresses of models and photographers disclosed by Plaintiffs shall be used for the purposes of this action only,

ORDER – 1

and shall not be disseminated outside the confines of this case, nor shall it be included in any pleading, record or document which is not filed under seal with the court or redacted in accordance with this order, except upon further order of this Court after hearing and notice thereof to all parties.

The above information shall not be disclosed to any person or entity other than to this Court, under seal, as described above, counsel for the parties in this action who have executed this Protective Order, their employees, or others retained by counsel to assist in the preparation or presentation of this case.  All such persons to whom secondary dissemination is made by counsel of record shall be bound by the terms of this agreement.

3. This Protective Order shall be binding throughout and after final adjudication and/or other resolution of this matter.

Therefore it is hereby

**ORDERED** that Plaintiffs' Motion for a Protective Order on Defendant Prosecutor's Discovery (Dkt. 39) is **GRANTED** as provided herein**.**

DATED this 24th day of March, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2